# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

NICHOLAS CRISCUOLO, individually;

                Plaintiff,

                v.

GRANT COUNTY, a Washington municipal corporation, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-470-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Grant County and Beau Lamens are awarded judgment on Plaintiff's Fourth Amendment claims asserted against them pursuant to the Order Re Summary Judgment Motions entered April 9, 2012, ECF No. 84.

April 9, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas